IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

<u>**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**</u>

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Style of Case: ***Maria Del Carmen Ockrassa v. Prospect Airport Services, Inc.***

2. Civil Action No: **4:24-cv-00095-P**          2a. Date of Mediation: **9/17/2024**

3. Nature of suit: **Personal Injury**

4. Method of ADR used:    **X  Mediation**    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Did the case settle?  ___ Before ADR    **X**  In ADR    __ Did Not Settle

6. What was your total fee: **$1950 per party**

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Maria Del Carmen Ockrassa, Plaintiff

    Michael A. Rodriguez, Attorney for Plaintiff

    Jo Ann Storie, Risk Manager, Defendant

    Amanda Sanders, Senior Claims Specialist, CHUBB, Defendant

    Kristin Newman, Attorney for Defendant

8. Please provide the names, addresses, and telephone numbers of counsel:

    Name:      Michael Adrian Rodriguez
    Firm:      Paranjpe & Mahadass Ruemke
    Address:   3701 Kirby Drive, Suite 530
               Houston, TX 77098
    Phone:     832 667 7700

    Name:      Kristin Elaine Newman
    Firm:      Anderson & Riddle LLP
    Address:   1604 8th Avenue
               Fort Worth, TX 76104
    Phone:     817 334 0059

__/s/_Beth Krugler_____          9/18/ 2024_____
M. Beth Krugler, Attorney-Mediator                   Date

 604 E. 4th St., Suite 201, Fort Worth, TX 76102     (817) 377 8081_____
Address                                              Telephone